## 1

MARMARTH CO-OPERATIVE EQUITY EXCHANGE et al., Plaintiffs in Error, v. MIDLAND NATIONAL BANK OF MINNE-APOLIS. (Circuit Court of Appeals, Eighth Circuit. October 6, 1924.) No. 6492. In Error to the District Court of the United States for the District of North Dakota. F. W. Murphy and Victor E. Anderson, both of Wheaton. Minn., W. H. Stutsman, of Mandan, N. D., and Paul Campbell and F. J. Funke, both of Minot, N. D., for plaintiffs in error. John Burke and U. L. Burdick, both of Fargo, N. D., and Edward S. Stringer and Thomas D. O'Brien, both of St. Paul, Minn., for defendant in error.

PER CURIAM. Affirmed, with costs, upon decision in case No. 6490, Kintyre Farmers' Co-operative Elevator Co. et al. v. Midland National Bank of Minneapolis, 2 F.(2d) 348, per stipulation of parties. Certiorari denied 45 S. Ct. 226, 69 L. Ed. ——.

## 2

Charles MORLEY, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. February 18, 1924.) No. 6598. In Error to the District Court of the United States for the District of Nebraska. J. R. Lones and Vestor J. Skutt, both of Omaha, Neb., for plaintiff in error. George A. Keyser, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

## 3

Charles F. MORRIS et al., Plaintiffs in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 7, 1924.) No. 6246. In Error to the District Court of the United States for the Southern District of Iowa. John D. Denison, of Des Moines, Iowa, and T. J. Mahoney, of Boone, Iowa, for plaintiffs in error. Ralph Pringle, U. S. Atty., of Red Oak, Iowa.

PER CURIAM. Writ of error dismissed. without costs to either party in this court, for failure to file briefs as provided in order of this court.

## 4

Al MULLIGAN, Plaintiff in Error, v. UNIT-ED STATES. Circuit Court of Appeals Eighth Circuit. May 6, 1924.) No. 6380. In Error to the District Court of the United States for the District of Minnesota. Frank W. Booth, of Minneapolis, Minn., for plaintiff in error. Lafayette French, Jr., U. S. Atty., of St. Paul, Minn.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rules 23 and 24.

## 5

George MYERS, Plaintiff in Error, v. UNIT-ED STATES. (Circuit Court of Appeals, Eighth Circuit. June 4, 1924.) No. 6700. In Error to the District Court of the United States for the Western District of Missouri. Sizer & Gardner and Allyn Smith, all of Monett, Mo., for plaintiff in error. C. C. Madison, U. S. Atty., of Kansas City, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

## 6

NATIONAL LEAD COMPANY, Plaintiff in Error, v. Joseph A. BEAN. (Circuit Court of Appeals, Eighth Circuit. October 27, 1924.) No. 6857. In Error to the District Court of the United States for the Eastern District of Missouri. W. L. Hensley, Fred L. Williams, Xenophon P. Wilfley. Earl F. Nelson, and Joseph S. McIntyre, all of St. Louis, Mo., for plaintiff in error. McMahon & Berthold, of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, with costs, per stipulation of parties.

## 7

Earl NOYES, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 10, 1924.) No. 6335. In Error to the District Court of the United States for the District of Nebraska. Walter W. Hoye, of Omaha, Neb., for plaintiff in error. George A. Keyser, Asst. U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.